UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEANDRE DANNY JONTE BARNES,<br><br>              Plaintiff,<br><br>      v.<br><br>MAX VIANA, et al,<br><br>             Defendants. | Case No. 2:25-cv-02627-ODW (DTB)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |

     On March 25, 2025, Plaintiff Deandre Danny Jonte Barnes ("Plaintiff"), a California state prisoner proceeding pro se, filed a Civil Rights filed a Complaint under 42 U.S.C. § 1983 ("Complaint"). (Docket No. 1). Plaintiff also filed a Request to Proceed in Forma Pauperis ("IFP Application"). (Docket No. 2). On April 9, 2025, the Court found that Plaintiff had not submitted enough information for the Court to tell if Plaintiff was able to prepay the full filing fee. (Docket No. 4). Plaintiff was missing a certified copy of his trust fund statement for the last six months. As such, ruling on Plaintiff's IFP Application was postponed for 30 days so that Plaintiff had the opportunity to provide the missing information.

On May 19, 2025, the Court's April 9, 2025 Order was returned from the institution marked as "Released" and "Return to Sender." (Docket No. 6).

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, Plaintiff is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Plaintiff may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Plaintiff's response is due no later than **June 27, 2025.**

**Plaintiff is hereby cautioned that failing to comply with this Order will result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: May 29, 2025

_____
DAVID T. BRISTOW
United States Magistrate Judge