JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DEANDRE DANNY JONTE BARNES,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>MAX VIANA, et al,<br><br>　　　　　Defendants. | Case No. 2:25-cv-02627-ODW (DTB)<br><br>**J U D G M E N T** |

　　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　　IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: August 1, 2025

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT, II
　　　　　　　　　　　　　　　　　United States District Judge